UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| SYMONE BERRY, | ) |
|        *Petitioner*, | ) |
|        v. | ) No. 2:23-cv-00135-JRS-MKK |
| WARDEN, | ) |
|        *Respondent*. | ) |

# FINAL JUDGMENT

The Court has ordered that the Petitioner's Petition for a Writ of Habeas Corpus be **DENIED** and that the action be **DISMISSED**. The Court now enters **FINAL JUDGMENT** in favor of the Respondent and against the Petitioner.

Date: 10/10/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: *Samantha Burmester*
Deputy Clerk, U.S. District Court

Distribution:

SYMONE BERRY
278066
ROCKVILLE - CF
ROCKVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
811 West 50 North
Rockville, IN 47872

South Bend (PD 8)
4650 Old Cleveland Road
South Bend, IN 46628

Katherine A. Cornelius
INDIANA ATTORNEY GENERAL
Katherine.Cornelius@atg.in.gov